No. 95–700. SOFAMOR DANEK GROUP, INC. *v.* GAUS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–713. QANTAS AIRWAYS LTD. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–747. MISURA *v.* COUNTY OF EL DORADO, ON BEHALF OF WOODS, A MINOR CHILD. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 95–748. HOECK *v.* CITY OF PORTLAND. C. A. 9th Cir. Certiorari denied.

No. 95–753. RUSSELL ET AL. *v.* HILTZ. C. A. 9th Cir. Certiorari denied.

No. 95–770. TINO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–773. DEAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–774. TIME WARNER ENTERTAINMENT CO., L. P. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 95–775. NATIONAL CABLE TELEVISION ASSN., INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–782. SSC CORP. *v.* TOWN OF SMITHTOWN ET AL.; and
No. 95–1015. TOWN OF SMITHTOWN ET AL. *v.* SSC CORP. C. A. 2d Cir. Certiorari denied.

No. 95–783. OKLAHOMA *v.* BELL. Ct. Crim. App. Okla. Certiorari denied.

No. 95–786. CITY OF PORTLAND, OREGON *v.* HUSSEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–795. NASATKA *v.* DELTA SCIENTIFIC CORP. (two judgments). C. A. Fed. Cir. Certiorari denied.

No. 95–807. JONES *v.* BALTIMORE CITY POLICE DEPARTMENT ET AL. Ct. Sp. App. Md. Certiorari denied.